# Court of Appeals
# of the State of Georgia

ATLANTA,___August 16, 2012___

*The Court of Appeals hereby passes the following order:*

**A12D0479.  PERRY PRYOR v. MARK BUTLER.**

Perry Pryor seeks review of the superior court's order affirming a decision of the Georgia Department of Labor's Board of Review, in which the Board determined that Pryor was disqualified from receiving unemployment compensation benefits. The superior court's order was entered on June 13, 2012, and Pryor filed his application for discretionary appeal on July 25, 2012.

A discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Here, Pryor filed his application 42 days after entry of the order he seeks to appeal.  We lack jurisdiction to consider an untimely application for discretionary appeal.  See *Hill*, supra.  Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
　　　Clerk's Office, Atlanta,_08/16/2012_____
　　　*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
　　　*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

, *Clerk.*